UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALLAN PARMELEE, | ) | CASE NO. C05-2028-JLR-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR EXTENSION OF |
| SANDRA CARTER, | ) | TIME; ORDER TO SHOW CAUSE |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is incarcerated in Clallam Bay Corrections Center ("CBCC") in Clallam Bay, Washington. He has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed an answer, along with the state court record. The petition has been noted for consideration by the court on March 24, 2006. Petitioner now seeks an extension of time to file a response to the answer. Citing numerous problems with obtaining legal materials at CBCC, petitioner asks for a 216-month extension of time. Having considered the motion, and the balance of the record, the court does hereby find and ORDER as follows:

(1)     When petitioner originally filed his habeas petition, he requested an immediate stay of proceedings in order to conduct adequate research to properly litigate this case. (Doc. #6).

The court denied the request, noting that the petition appeared, at least preliminarily, to state a cognizable claim and that petitioner had filed a legal memorandum which included several pages of legal argument. (Doc. #9). The court advised petitioner that he could later move for an extension of time, if necessary, to properly litigate this matter.

Petitioner's request for a 216-month (or 18-year) delay in these proceedings to enable him to file a response is not what the court had in mind, nor is it apparently intended to be taken seriously. Rather, it appears that petitioner is exaggerating in order to make the point that legal research at CBCC is a very slow process.

While the court appreciates the fact that because petitioner is incarcerated, he faces certain obstacles in performing legal research, the court does not appreciate petitioner's casual attitude towards wasting the court's time with an absurd request. Accordingly, petitioner's motion for extension of time (Doc. #19) is DENIED. In addition, petitioner is ordered to SHOW CAUSE, no later than 14 days from the date of this Order, why he should not be barred from filing a response altogether to respondent's answer, as a sanction for wasting the court's time.

(2) The Clerk shall direct a copy of this Order to petitioner and to the Honorable James L. Robart.

DATED this  20th  day of  March , 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge