UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALLAN PARMELEE, | ) | CASE NO. C05-2028-JLR |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING § 2254 PETITION |
| SANDRA CARTER, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, petitioner's response, respondent's reply, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for a writ of habeas corpus (Doc. #4) is DENIED with prejudice; and

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 1st day of June, 2006.

JAMES L. ROBART
United States District Judge

ORDER DENYING § 2254 PETITION